FILED
May 27, 2015
Third Court of Appeals
Jeffrey D. Kyle
Clerk

## CERTIFICATE OF SERVICE

I certify that a true copy of the above Motion to Extend Temporary Restraining Order has this day been served _FAX_ [electronically by transmission to an electronic filing service provider for service through the state's electronic filing manager or in person or by mail by depositing it in the mail postpaid and properly addressed or by commercial delivery service by depositing it with the commercial delivery service paid and properly addressed or by (fax) before 5:00 p.m. of the recipient's local time or by e-mail] to _WBSS_ [name, designation, and address, e.g., _Shawn Legrand_ (name), attorney of record for _____ (name of party), at _1122 Colorado St._ (address)].

_Westgate Bldg. Suite 313_

SIGNED _5/26/15_ [date]

_Connie Heyer_
_Emily Greywell_

_____ [signature]

(Rel. 114-9/2014 Pub.719)

_____ [signature]
Declarant

1:37 pm

RECEIVED
MAY 27 2015
THIRD COURT OF APPEALS
JEFFREY D. KYLE

# Certificate of Service

I Mary E. Allen certify that a true copy of the above ~~motion~~ MA Motion to Extended temporary Restraining Order has been Fax

To Parties: Connie Heyer
Emily Newell ] attorneys
for Wells Branch Self Storage
Sharon Leonard
David Richard.

Signed Mary E. Allen
5/26/2015

1:37 pm



# Fax Confirmation Report

Date/Time : MAY-26-2015 01:54PM TUE
Fax Number : 5128549082
Fax Name : TRAVCO INFO DESK
Model Name : Phaser 3635MFP

Total Pages Scanned: 7

| No. | Remote Station | Start Time | Duration | Page | Mode | Job Type | Result |
|---|---|---|---|---|---|---|---|
| 001 | 85124740717 | 05-26 01:52PM | 01'03 | 007/007 | EC | HS | CP |

Abbreviations:

| | | | |
|---|---|---|---|
| HS:Host Send | PL:Polled Local | CP:Completed | TS:Terminated by System |
| HR:Host Receive | PR:Polled Remote | FA:Fail | TU:Terminated by User |
| MS:Mailbox Save | WS:Waiting To Send | RP:Report | G3:Group3 |
| MP:Mailbox Print | EC:Error Correct | | |

Travis County
Law Library

**Library Patron Fax Cover Sheet**

~~From Library~~ From: Mary E. Allen
Phone Number: — General Remedy 823 Congress Ste. 150
Fax Number.:

To: Connie Heyer Kimberly Newell (W655)
Phone Number: 474-6901
Fax Number.: 512-474-0717
Number of pages: 7 pages

Message

The information contained on the attached pages, which are being transmitted by a fax machine located in a Travis County Law Library, has been prepared, assembled, and compiled by a private citizen acting in his/her own capacity, without the control, direction, endorsement, sponsorship or control of Travis County.

Travis County and the Law Library staff make no representation or warranty, express or implied or assume any legal liability or responsibility for the contents of the information contained on these pages, nor for the accuracy, completeness, usefulness, timeliness, or fitness for any particular purpose of any such information.

Travis County, and its officials, agents and employees shall not be liable for any loss or injury, however arising, resulting in whole or in part from the use of any information contained in the information being transmitted or from any reliance placed thereon.

**Travis County
Law Library**

# Library Patron Fax Cover Sheet

**From** ~~From Library~~ *Mary E. Allen*

**Phone Number:** *General Delivery 823 Congress Ste, 150*

**Fax Number.:** _____

**To:** *Connie Heyer /Emily Newell (WBSS) (parties)*

**Phone Number:** *474-6901*

**Fax Number.:** *512-474-0717*

**Number of pages:** *7 pages*

| Message |
| --- |
| |

The information contained on the attached pages, which are being transmitted by a fax machine located in a Travis County Law Library, has been prepared, assembled, and compiled by a private citizen acting in his/her own capacity, without the control, direction, endorsement, sponsorship or control of Travis County.

Travis County and the Law Library staff make no representation or warranty, express or implied, or assume any legal liability or responsibility for the contents of the information contained on these pages, nor for the accuracy, completeness, usefulness, timeliness, or fitness for any particular purpose of any such information.

Travis County, and its officials, agents and employees shall not be liable for any loss or injury, however arising, resulting in whole or in part from the use of any information contained in the information being transmitted or from any reliance placed thereon.



# COURT OF APPEALS

## THIRD DISTRICT OF TEXAS

P.O. BOX 12547, AUSTIN, TEXAS 78711-2547
www.txcourts.gov/3rdcoa.aspx
(512) 463-1733

JEFF L. ROSE, CHIEF JUSTICE
DAVID PURYEAR, JUSTICE
BOB PEMBERTON, JUSTICE
MELISSA GOODWIN, JUSTICE
SCOTT K. FIELD, JUSTICE
CINDY OLSON BOURLAND, JUSTICE

JEFFREY D. KYLE, CLERK

May 19, 2015

Ms. Mary E. Allen
General Delivery
823 Congress, Suite 150
Austin, TX 78701

RE:  Court of Appeals Number:   03-14-00670-CV
     Trial Court Case Number:   C-1-CV-14-007235

Style:  Mary E. Allen
        v. Wells Branch Self Storage

Dear Ms. Allen:

On May 18, 2015, appellant's motion for extended temporary restraining order was received in this Court **but was not filed** because it fails to include a certificate of service and certificate of conference. *See* Tex. R. App. P. 9.5 and 10.1(a)(5). Appellant is requested to file a certificate of service and certificate of conference along with the $10 filing fee on or before **May 29, 2015**. *See* Tex. R. App. P. 5.

Very truly yours,

JEFFREY D. KYLE, CLERK

BY: *E. Talerico*

Liz Talerico, Deputy Clerk

cc:    Ms. Emily Newell